UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH PHILLIPS,

    Plaintiff,

vs.

                                    Case No. 8:24-cv-1181-MSS-TGW

CRACKER BARREL OLD COUNTRY
STORE, INC.,

    Defendant.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                **IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA.**

                **Case No.: 23-CA-009734**

                **THIS MATTER WAS REMOVED TO THIS COURT WHICH HAS TERMINATED THE STATE COURT ACTION.**

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this *Notice of Pendency of Other Actions* upon each party no later than eleven days after appearance of the party.

Dated: May 22, 2024.

          Respectfully submitted,

          /s/Russell F. Bergin
          Russell F. Bergin, Esquire
          Florida Bar No: 0887560
          Law Office of Russell F. Bergin, P.A.
          698 W. Highway 50
          Clermont, Florida 34711-2921
          Telephone: (352) 394-5888
          Facsimile: (352) 394-8558
          russ@berginlaw.com
          eservice@berginlaw.com
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a Notice of Electronic Filing to: Lauren M. Pcholinski, Esquire (lpcholinski@forthepeople.com; kesterline@forthepeople.com), Morgan & Morgan Tampa, P.A., 111 2nd Avenue NE, Suite 1600, St. Petersburg, FL 33701.

Respectfully submitted,

/s/ Russell F. Bergin
Russell F. Bergin, Esquire
Florida Bar No: 0887560
Law Office of Russell F. Bergin, P.A.
698 W. Highway 50
Clermont, Florida 34711-2921
Telephone: (352) 394-5888
Facsimile: (352) 394-8558
Russ@berginlaw.com
Eservice@berginlaw.com
Counsel for Defendant, Cracker Barrel Old Country Store, Inc.